1  Name: Sara Hassman

2  Address: 2160 S. Beverly Glen Blvd.

3  Los Angeles, CA 90025

4  Phone: (707) 342-7764

5  Email: sarahassman1@gmail.com

6  In Pro Per

7

8                    **UNITED STATED DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  SARA HASSMAN, | CASE NUMBER: |
| 11                          Plaintiff | **CV16-4188**-RGK (JEM) |
| 12                   v. | To be supplied by the Clerk of The United States District Court |
| 13 | |
| 14  RABBINICAL ASSEMBLY OF | |
| 15  AMERICA, DOS ID# 161; | **COMPLAINT FOR CIVIL CONSPIRACY** |
| 16  THE BETH TFILOH | |
| 17  CONGREGATION OF BALTIMORE | |
| 18  CITY, D0063305; | **COMPLAINT FOR CIVIL RIGHTS VIOLATIONS** |
| 19  EMORY UNIVERSITY, Control# | Pursuant to |
| 20  H103820; | 42 U.S.C. § 1983 (non-prisoners) |
| 21  BANK OF AMERICA, | **JURY TRIAL DEMANDED** |
| 22  NATIONAL ASSOCIATION, | |
| 23  Entity# C2551762 | |
| 24  MICHELLE OBAMA, FIRST LADY | |
| 25  DOES 1-100, inclusive; | |
| 26                          Defendants | |

27

28

FEDERAL COMPLAINT

# I. JURISDICTION

1.   This Court has jurisdiction under 28 U.S. C. §§ 1331, 1332 and 28 U.S.C. § 1343 for civil right violations.

2.   **Federal question jurisdiction** arises pursuant to 42 U.S.C §1983.

3.   **Diversity Jurisdiction** arises pursuant to 28 U.S.C. §1332 (a)(1).

4.   The claims sued upon "arise out of" each defendant's forum-related activities whereby each defendant had "minimum contacts" with the state and "purposefully availed itself" of the privilege of conducting activities locally.

5. Specifically:  **Defendant Rabbinical Assembly of America** as its website states, is an *international organization* which promotes public policy and social justice for Jewish Conservative Organizations and Rabbis within this judicial district.

6.   **Defendant The Beth Tfiloh Congregation of Baltimore City** conducts business in this judicial district ;

7.   **Defendant Emory University** has a Director of the Center for Ethics who is also the Distinguished Research Chair.  He periodically comes to this judicial district as the guest speaker for Sinai Temple in Los Angeles.  In addition,  said defendant recruits students from this judicial district;

8.   **Defendant Bank of America** conducts business and has its agent for service of process located in this judicial district;

9.   **Defendant Michelle Obama, First Lady** has made it her mission to help women and families nationwide improve their life and inspire young people including those in this judicial district. Said defendant periodically travels to this judicial district, has articles for her programs published in this judicial district, and corresponds with residents in this judicial district.

# II. VENUE

10.   Venue of civil actions in this federal court is proper pursuant to

28 U.S.C. § 1391 because defendants are treated as residents of any judicial district in which they are subject to the Court's personal jurisdiction with respect to the civil action in question.[28 U.S.C.§1391(b)(3)].

11.    Further, the Events or Omissions upon which Plaintiff's claims are based occurred in this judicial district where the suit was filed. [28 U.S.C.§1391(b)(2)].

12.    "Person" includes natural person, corporation, partnership or other association of individuals.

13.    Further, venue is proper in this federal district court pursuant to U.S.C. 28§ 1332(a)(1) because all the parties are from different states and the amount in controversy exceeds $75,000.

## III. PARTIES

14.    **Plaintiff  SARA HASSMAN** is, and at all times mentioned in this complaint was, a resident of Los Angeles, California.

15.    **Defendant Rabbinical Assembly of America** (hereinafter referred to as Rabbinical Assembly), is, and at all times mentioned in this complaint was, a resident of New York, New York.

16.    Said defendant's website states it is a non-profit organization which promotes public policy and social justice within the *international* Jewish community.

17.    Said defendant, the *international* association Rabbinical Assembly, named Rabbi Julie Schonfeld the Executive Vice President in 2009.

18.    Said Executive Vice President Rabbi Julie Schonfeld also serves on President Obama's White House Council for faith-based and neighborhood partnerships pursuant to the website of this defendant.

19.    However, as  the overwhelming of facts show, said defendant does *not* promote public policy or social justice as its website states; but in fact intentionally and maliciously *promotes* the epidemic problems of corruption, abuse, terror,

FEDERAL COMPLAINT

torture and oppression in the Jewish community and nationwide of:

a)   Parental Alienation;  b)   the illegal, immoral and fraudulent use of 501(c)(3) and other charitable agreements of nonprofit organizations to illegally, immorally and fraudulently deprive a fit, loving, law-abiding Wife/Mother of her property, income, retirement and other assets at the time of divorce and thereafter and;

c)  also promotes Marriage Fraud.

20.    Thus, as the overwhelming facts show, this defendant is part of the *sophisticated conspiracy* to promote **The Nationwide Fraudulent Divorce and Parental Alienation Crises**.

21.    Defendant Rabbinical Assembly is an active domestic not-for-profit corporation without any registered agent and does not list its initial DOS filing date either pursuant to the NYS Department of State Division of Corporations.

22.    **Defendant The Beth Tfiloh Congregation of Baltimore City** (hereinafter referred to as Beth Tfiloh), is, and at all times mentioned in this complaint was, a resident of Baltimore, Maryland.

23.    As its website states, said defendant is the largest Modern Orthodox Synagogue in America.

24.    However, although Beth Tfiloh's website states it is a nonprofit organization which promotes love of Judaism, strives to nurture every Jewish soul and embrace Jews from all levels of observance; the overwhelming facts show it intentionally and maliciously:

a)   Promotes the abuse, terror, torture and oppression of Parental Alienation;

b)   Promotes the illegal, immoral and fraudulent use of 501(c)(3) and other charitable agreements of nonprofit organizations to illegally, immorally and fraudulently deprive a fit, loving, law-abiding Wife/Mother of her property, income, retirement and other assets at the time of divorce and thereafter;

c)   Promotes Marriage Fraud and; d)   Promotes and honors those who commit

abusive, immoral and illegal acts.

25.    Accordingly, said defendant is also part of the *sophisticated conspiracy* to promote **The Nationwide Fraudulent Divorce and Parental Alienation Crises**.

26.    **Defendant Emory University** is, and at all times mentioned in this complaint was, a resident of Atlanta, Georgia.

27.    According to Emory University's news, website and other publications; Paul Root Wolpe has been said defendant's Director of the Center for Ethics and has also been the Distinguished Research Chair in Jewish Bioethics.

28.    Paul Root Wolpe of Emory University has been a guest speaker at Sinai Temple in Los Angeles, California where his brother Rabbi David Wolpe is the Senior Rabbi.

29.    Plaintiff heard him speak at Sinai Temple about Ethics and Bioethics prior to October 2012 which was before she was banned from going to Sinai Temple for all events, even services, without any reasonable or rational basis.

30.    Although Emory University claims to have a Center for Ethics and have a Distinguished Research Chair in Jewish Bioethics; overwhelming facts show it intentionally and maliciously refuses to acknowledge:

a)   the epidemic, immoral and abusive problem of Parental Alienation which involves medical and ethical issues; b)   the epidemic, immoral and illegal use of 501(c)(3) and other charitable agreements by nonprofit organizations, like Emory University and Sinai Temple in Los Angeles, intentionally and maliciously used to unethically and fraudulently deprive a fit, loving, law-abiding Wife/Mother of her property, income, retirement and other assets at the time of divorce and thereafter whereby she suffers from medical and ethical issues and c)   Marriage Fraud which also involves ethical issues.

29.    Accordingly, said defendant is also part of the *sophisticated*

*conspiracy* to promote **The Nationwide Fraudulent Divorce and Parental Alienation Crises.**

     30.    Emory University has the legal status of a Georgia nonprofit corporation and is a tax-exempt entity under Section 501(c)(3) of the Internal Revenue Code according to the Secretary of State website.

     31.    Emory University Hospital and Emory University Hospital Midtown are divisions of Emory University and are not separate legal entities.

     32.    Said defendant is among the list of colleges and universities in the United States and the World which receives the most endowments whereby Forbes Magazine included Emory University in its article entitled the "22 Richest Schools in America."

     33.    **Defendant Bank of America, National Association (N.A.),**(hereinafter referred to as Bank of America)  is, and at all times mentioned in this complaint was, an active resident of Charlotte, North Carolina with a jurisdiction of the United States.

     34.    Pursuant to the California Secretary of State said defendant's Agent for Service of Process is located in Los Angeles, California which is within this judicial district.

     35.    Defendant Bank of America has and continues to intentionally and maliciously inflict Plaintiff with severe emotional distress as the small claims lawsuit case # 16A06481 said defendant filed against Plaintiff clearly shows.

     36.    Said defendant also refuses to use reasonable due diligence to help Plaintiff establish the net worth of the community estate so that she is *legally capable* of obtaining a legal, valid and enforceable divorce contract.

     37.    Said defendant also refuses to use reasonable due diligence to help Plaintiff establish the net worth of the community estate so that she can receive the community assets from her community estate she has been illegally, immorally and

1  fraudulent deprived of whereby she would then not longer suffer from severe

2  financial problems.

3      37.    Accordingly, as the overwhelming facts show; defendant Bank of

4  America is also part of the *sophisticated conspiracy* to promote **The Nationwide**

5  **Fraudulent Divorce and Parental Alienation Crises.**

6      38.    **Michelle Obama, First Lady** is, and at all times mentioned in this

7  complaint was, a resident of Chicago, Illinois or Washington, D. C., depending on

8  how the Court views her temporary residence.

9      39.    The First Lady has traveled to this judicial district to gain support for

10  her programs aimed at helping women and families and inspiring children

11  nationwide.

12      40.    Said defendant also publishes articles and corresponds with residents

13  in this judicial district regarding her said nationwide programs.

14      41.    However, since Plaintiff contacted Michelle Obama, First Lady in

15  February 2014 and again in June, 2016**; BOTH TIMES,** she or someone on her

16  behalf,  has refused to even respond **OR** acknowledge the severe epidemic

17  problems affecting women and families of: 1)  Parental Alienation and;  2)  the

18  illegal use of 501(c)(3) agreements by nonprofit organizations to steal a Fit, Loving

19  Wife/Mother's property and other assets she should have received at the time of

20  divorce and thereafter and;  c)  Marriage Fraud.

21      42.    Accordingly, this defendant is also part of the *sophisticated conspiracy*

22  to promote **The Nationwide Fraudulent Divorce and Parental Alienation**

23  **Crises**.

24  **IV.  STATEMENT OF FACTS**

25      43.    Plaintiff realleges and incorporates by reference all paragraphs above.

26      44.    On or about May 7, 2010 the date the fraudulent divorce contract was

27  filed as Exhibit A shows; defendants agreed and combined to engage in a

28

conspiracy in the following manner:

45.     First each defendant, named and unnamed, agreed to perpetuate the form of abuse, terror, torture and oppression upon Plaintiff and her three (3) children called Parental Alienation by repeatedly denying Plaintiff her legal and constitutional right to custody and visitation without any legal or rational basis as said divorce contract in Exhibit A shows. [42 U.S. C. § 1983]

46.     Further, each defendant, named and unnamed, agreed to enforce and not rescind illegal civil restraining orders issued against Plaintiff without any reasonable or rational basis which kept her and continue to keep her from attending events and celebrations for her children if her husband and his mistress are present.

47.     The malicious intent of each defendant, named and unnamed, was and continues to be to keep Plaintiff who is a Fit, Loving, Law-abiding Mother, and her Children, alienated from each other without any legal or rational basis but with the malicious intent to *keep them* in a state of abuse, terror, torture and oppression.

48.     Being kept in a state of abuse, terror, torture and oppression makes a Mother and her Children more vulnerable to control and abuse and less likely to figure out the truth and hold defendants legally and morally responsible as experts have proven and any reasonable, rational person knows.

49.     Second, each defendant, named and unnamed, maliciously agreed to steal Plaintiff's property, income, retirement and other assets from her community estate worth millions of dollars by using charitable agreements from nonprofit organizations including those from several of the defendants.

50.     As the divorce contract in Exhibit A shows; the net worth of the community estate and its distribution were never established in clear violation of the California Family Code and the United States Constitution.

51.     **The Fourteenth Amendment** of the U.S. Constitution states in

---

pertinent part:  [N]or shall any State deprive any person of life, *liberty or property without Due Process of Law*.

52.    Defendants, each and every one of them named and unnamed, agreed and/or combined to engage in a civil sophisticated conspiracy to commit the unlawful acts instituted by their business policies carried out by their leaders and executives or themselves to intentionally and maliciously perpetuate **The Fraudulent Divorce and Parental Alienation Crises** going on in our country Nationwide as Plaintiff's divorce contact alone in Exhibit A shows.

53.    Said exhibit exposes the corrupt business policies and the corrupt immoral *sophisticated nationwide conspiracy* of each defendant, named and unnamed.

54.    Our laws promote EQUAL RIGHTS and FUNDAMENTAL RIGHTS; not perpetuating CRONY CAPITALISM.  [42 U.S.C. § 1983]

55.    Justice must apply to everyone EQUALLY; *Id.*

56.    Democracy does not allow a 2-tiered system where WOMEN and their CHILDREN are allowed to be abused for a profit as Plaintiff's divorce contract ALONE in Exhibit A shows is what transpired and continues; *Id.*

57.    Defendants, each and every one of them, named and unnamed, combined to engage in a civil conspiracy of which the principal element was to inflict wrongs against and/or injury upon Plaintiff as described in this complaint.

58.    Defendants, each and every one of them, named and unnamed, combined to engage in a civil conspiracy that was furthered by overt acts.

59.    Defendants, each and every one of them, named and unnamed, understood, accepted, and/or explicitly and/or implicitly agreed to the general objectives of their scheme to inflict the wrongs against and/or injury on Plaintiff as described in this complaint.

60.    Defendants, each and every one of them, named and unnamed,

acquired, possessed and maintained a general knowledge of the conspiracy's objectives to inflict wrongs against and/or injury on Plaintiff as described in this complaint.

61.    Defendants, each and every one of them, named and unnamed, combined to engage in a scheme that was intended to violate the law and concealed and secreted the scheme.

62.    Defendants, each and every one of them, named and unnamed, combined to engage in a scheme that was intended to violate the legal and constitutional rights of Plaintiff including her right to due process.

63.    Defendants, each and every one of them, combined to engage in a scheme that was intended to violate the rights of the public-at-large by promoting Marriage Fraud; promoting Divorce for a profit; and destroying family values with their intentional and malicious acts of Parental Alienation.

64.    **A Civil Conspiracy** is a combination of two or more persons by some concerted action to accomplish some criminal or unlawful purpose or to accomplish some purpose not in itself criminal or unlawful by criminal or unlawful means, but to the injury of another. [ Legal Encyclopedias Am. Jur. 2d§§ 51-55]

65.    While the essence of the crime of conspiracy is the agreement, the essence of civil conspiracy is damages. **The gist of a civil conspiracy is not an unlawful agreement, but actionable damages committed in furtherance of a conspiracy or resulting from it;** *Id.*

66.    Conspiracy may be proved by **circumstantial evidence** because people who engage in such an agreement may not voluntarily proclaim to others their purpose; therefore, one often needs to draw upon circumstantial evidence; *Id.*

67.    Conspiracy may be established by **inference** from the nature of the acts complained of; the individual interests of the alleged conspirators; the situation and relation of the parties at the time of the commission of the acts; the

motive that produced them; and all of the surrounding circumstances preceding and attending the culmination of the common plan, scheme or design; *Id.*

68.     In committing the acts described above, defendants, named and unnamed, acted with malice toward Plaintiff, and Plaintiff is entitled to recover punitive damages in the sum of $25,000,000 per defendant.   Such amount will sufficiently punish defendants for their willful and malicious conduct; *very sophisticated* illegal and immoral business policies and schemes and will also serve as an example to prevent a repetition of such conduct in the future.

## V. CAUSES OF ACTION

**FIRST CAUSE OF ACTION** of Conspiracy to commit Intentional Infliction of Emotional Distress upon Plaintiff as against all defendants named and unnamed.

69.     Plaintiff realleges and incorporates by reference all the paragraphs above.

70.     Plaintiff has a claim against all the defendants, named and unnamed, under the United States Constitution for their intentional and malicious violation of the following constitutional and fundamental rights because:

71.     A parent's right to take care of and have the companionship of her children is *so fundamental*, as to be guaranteed protection under the First, Fifth, Ninth, and Fourteenth Amendments the United States Constitution.

72.     Loss of these Constitutional Freedoms guaranteed under the First, Fifth, Ninth, and Fourteenth Amendments of the United States Constitution, for even minimal periods of time, unquestionably constitutes *irreparable injury* as many cases and experts have proven.

73.     No bond is more precious and none should be more zealously protected by the law as the bond between parent and child as many cases show and a reasonable, sane person knows.

74.   **Parental Alienation** is abuse, distress, torture, terror and oppression *using lies, schemes, manipulation and brainwashing* to force children which includes *vulnerable* teens and young adults to believe their Fit, Loving Mother or Father should be alienated from their life like they too are getting divorced pursuant to many experts.

75.   Commonly Parental Alienation occurs when a father seeking a divorce enlists the help of others including but not limited to: non-profit religious organizations, schools and universities; judges; law firms; the court-appointed therapist, executives and others as experts have proven and this case shows.

76.   As experts have proven; together said father and those enlisted to help him; intentionally and maliciously create and/or perpetuate this form of abuse, terror, torture and oppression called Parental Alienation with the intent of:

- Gaining custody of the children to release the father of his legal obligation of paying child support to the Fit, Loving Mother. Instead, the father and those intentionally and maliciously working with him keep the Fit, Loving Mother's child support for themselves to share;

- Controlling, using and abusing the children which includes *vulnerable* teens and young adults with lies, threats, intimidation and schemes since the Fit, Loving Mother is not around to protect them;

- Being able to secretly steal undisclosed or concealed assets of the community estate which should have been distributed to the Fit, Loving Wife/ Mother at the time of divorce or thereafter.

77.   However, the Fit, Loving Wife/Mother has been, by design, **intentionally placed and kept in a state of severe emotional distress, terror, torture and oppression due to destruction of the Mother/Child bond and companionship.**

78.    Accordingly, the Fit, Loving Wife/Mother is trying to cope with her own emotional abuse, terror, torture, oppression and health. Therefore, it is unlikely she will be able to understand she has been intentionally, maliciously and unlawfully deprived of receiving community assets and other interests that were and continue to be concealed and stolen from her, as many experts have proven and a reasonable person should understand.

79.    Accordingly, since the Fit, Loving Wife/Mother is trying to cope with her own emotional abuse, terror, torture, oppression and health, it is also unlikely she will be able to legally hold the conspirators accountable as many experts have proven and a reasonable person should understand.

80.    **Marriage Fraud** is when US citizens enter into a fraudulent marriage where a spouse may gain unlawful access to bank and retirement accounts and other assets.

81.    Marriage Fraud can be used as a vehicle to hide businesses, income, unlawful employment and other criminal activity.

82.    **Malice** is conduct intended to cause injury to Plaintiff or despicable conduct with a willful and conscious disregard for the rights or safety of others.

83.    **Intentionally** means an act done deliberately, willfully or purposely. A person acts intentionally with respect to a result or to a conduct when his conscious objective is to cause that result or to engage in that conduct.

84.    **Terror** is the unlawful use of force or violence against person(s) to *intimidate or coerce* him as a segment of the civilian population, ***in furtherance of the premeditated social objective***.

85.    **Torture includes mental** as well as physical abuse of the victim.

86.    **Emotional Torture** is when the relationship a loving, caring Mother has for her Children of all ages is intentionally destroyed.

---

FEDERAL COMPLAINT                                              12

87.   **Oppression** is the despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights.

88.   **A cause of action for intentional infliction of emotional distress** exists where there is: 1)  Extreme and outrageous conduct by the defendant with the intention of causing, or reckless disregard of the probability of causing, emotional distress; 2)  Plaintiff suffering severe or extreme emotional distress and; 3)  Actual and proximate causation of the emotional distress by the defendant's outrageous conduct

89.   **Reasonable, honest, people with a sound mind** *should want* the children of all ages to continue their companionship with their Fit, Loving Mother at the time of and after divorce especially since divorce is a life changing event and children could significantly benefit from receiving love, support and guidance from their Fit, Loving Mother.

90.   **Severe emotional distress** is emotional distress of such substantial quantity or enduring quality that no *reasonable man* in a civilized society should be expected to endure.

91.   **Outrageous** is conduct which is so extreme as to exceed all bounds of that usually tolerated in a civilized community and is intended to inflict injury or engaged in with the realization that injury will result.

92.   **Outrageous conduct** is beyond the bounds of human decency.

93.   Depriving a Fit, Loving Mother of her legal right to have **custody and visitation** without any legal or rational basis whereby as reasonably expected she suffers from severe emotional and physical distress is extreme and outrageous conduct with the intention of causing, or reckless disregard of the probability of causing severe emotional distress.

94.   It is beyond the bounds of human decency to *deprive a Wife/Mother of assets from the community estate from the fruits of her labor from her*

---

FEDERAL COMPLAINT

13

*marriage of over twenty(20) years* where she worked in the home as the full-time Mother and Wife taking care of the spouses' three (3) children and providing a warm, nurturing family life where everyone thrived as their positive accomplishments and character show and also tended to the daily household chores.

95.     It is outrageous conduct which no man or woman in a civilized society should endure to deprive the Wife/Mother of her 50 percent interest in the community estate after she taught her children many important lessons including *how to cope with their* **birth defects** *of having only one functioning kidney and one diseased kidney and having a heart valve issue.*

96.     Depriving a Fit, Loving Mother of her legal right to receive her 50 percent interest from the community estate at the time of divorce and thereafter so as reasonably expected she has dire financial problems is deemed extreme and outrageous conduct with the intention of causing, or reckless disregard of the probability of causing severe emotional distress.

97.     As a result of violations of the above laws by each defendant named and unnamed; Plaintiff was and continues to be harmed in the following ways: She has and continues to suffer from severe emotional distress needing counseling; needing medication for anti-depression and to help her sleep; and needing financial government assistance.

**SECOND CAUSE OF ACTION** of Conspiracy to deprive Plaintiff of her legal and constitutional rights as against all Defendants.

98.     Plaintiff realleges and incorporates by reference all the paragraphs above.

99.     Plaintiff has a claim against all the defendants, named and unnamed, under the United States Constitution and other laws for the violation of federal constitutional rights pursuant to 42 U.S.C.§ 1983 for the following acts:

FEDERAL COMPLAINT

14

100.    According to **clearly valid statutes** and other laws each defendant, named and unnamed, has a duty to help Plaintiff be able to follow the law by disclosing financial statements and other documents necessary to make an ***accurate and complete disclosure of all*** assets and liabilities in which the divorcing spouses ***have or may have any*** interest or obligation and ***all*** current earnings, accumulations, and expenses, including an immediate, full and accurate ***update*** or augmentation to the extent there have been ***any*** material changes.

101.    Said duty to disclose continues ***after the family law judgment has been entered until the assets are distributed lawfully*** between the spouses.

102.    Each defendant, named and unnamed, knew or should have known by communications with Plaintiff and by looking at the FACE of said divorce contract in Exhibit A that disclosures legally required by **clearly valid statutes** and other laws were **not** made and the net worth or value of the community estate was never established as legally required.

103.    Each defendant, named and unnamed, knew or should have known if the net worth or value of the community estate is not established:

- The community estate cannot be divided 50/50 between the spouses;
- The distribution or disposal of the community estate cannot be established ;
- And Plaintiff's initial spousal support and all post-judgment spousal support modifications ***cannot*** be lawfully calculated;

which are all legally required actions mandated to obtain a lawful, valid and enforceable divorce contract.

104.    Each defendant, named and unnamed, knew or should have known it is reasonable and rational that ***each time*** a spousal support modification is requested and for the ***initial*** spousal support calculation; the ***personal net worth*** of the paying spouse must be completely and accurately disclosed because otherwise; a wealthy spouse could be ordered to pay a nominal amount of spousal support

FEDERAL COMPLAINT

15

while a poor spouse could be ordered to pay an exorbitant amount beyond his means.

105.    Said divorce contract in Exhibit A shows the **personal net worth** of the paying spouse was never established.

106.    Each defendant, named and unnamed, knew or should have known **The Fourteenth Amendment** of the U.S. Constitution states in pertinent part: [N]or shall any State deprive any person of life, **liberty or property without Due Process of Law**.

107.    **Reasonable man standard**: The law considers the **knowledge, experience and perception** of the person, the activity engaged in and the circumstances surrounding the person's actions in determining whether the person has acted as a reasonable person would have acted under the same circumstances.

108.    Accordingly, **no sane, reasonable person or leader** of an organization would alienate or continue to alienate a Fit, Loving Mother and her children from each other.

109.    A reasonable person would try using reasonable due diligence to help a Fit, Loving Mother and her children begin communicating again, reunite and heal from their abuse, terror, torture, distress and oppression intentionally and maliciously inflicted upon them.

110.    **No sane, reasonable person or leader** of an organization would continue to have a policy, even an unwritten one, where they profit from intentionally and maliciously inflicting abuse, terror, torture, distress and oppression of Parental Alienation upon the Loving, Fit Mother and her children; steal this Mother's property, income and other assets she should have legally received at the time of divorce and thereafter and; also ignore Marriage Fraud.

111.    Sane, reasonable people and leaders of organizations would fervently

use reasonable due diligence to help end their policies of:  Parental Alienation; stealing assets and other property of the Wife/Mother at the time of divorce and thereafter; promoting Marriage Fraud and; refusing to help said Wife/Mother obtain a legal, valid and enforceable divorce contract.

112.    Sane, reasonable people and leaders of organizations would *willingly* compensate the Mother and her children for the harms they caused.

113.    Sane, reasonable people and leaders of organizations would fervently use reasonable due diligence to *prohibit* fraudulent, corrupt and immoral acts from reoccurring.

114.    Preventing fraudulent, corrupt and immoral acts from reoccurring is reasonable and enforcing justice.

115.    Laws and court procedures that are "fair on their faces" but administered "with an evil eye or a heavy hand" show discrimination and violate the equal protection clause of the Fourteenth Amendment.

116.    **Fraud** is defined as intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving Plaintiff of her property or her legal rights or otherwise causing her injury.

117.    **Fraud** means that a defendant intentionally misrepresented or concealed a material fact and did so intending to harm the Plaintiff.

118.    **Collusion** is defined as an <u>agreement between two or more people to defraud a person of his or her rights</u> to obtain something that is prohibited by law. ***A secret arrangement*** wherein two or more people whose legal interest seemingly conflict conspire to commit fraud upon another, a pact between two or more people ***to deceive a court*** with the purpose of obtaining something that they would not be able to get through legitimate judicial channels.

119.    Collusion has often been used in Divorce proceedings.

120.    The fundamental societal objection to collusion is that it promotes dishonesty and fraud, which, in turn, **undermines the integrity of the entire judicial system.**

121.    **Deceit** is an act by another with the intent to induce the other to alter her position to her injury or risk and is liable for any damages suffered as a result of the deceit.

122.    **A fiduciary relationship** is a recognized legal relationship whereby fiduciary duties arise as a matter of law in certain technical, legal relationships.

123.    Even when a fiduciary relationship is not involved; **a fiduciary duty is imposed upon a third party who assists another in breaching his fiduciary duty owed to a third person** as cases have proven.

124.    Accordingly, as cases have proven, the liability and obligations a fiduciary duty imposes can be **<u>transferred</u>** to a non-fiduciary that helps a fiduciary breach that duty. Thus, third party aiding and abetting is **put into the shoes** of the person holding the fiduciary duty who breached his duty.

125.    **Nonfeasance** is the failure to act when a duty to act exists.

126.    **Malfeasance** is intentionally doing something that is illegal. This term is often used when a professional or public official commits an illegal act that interferes with the performance of his/her duties.

127.    One has a duty to disclose facts so that a person ***has the ability*** to comply with the law whereby refusing to disclose said facts would force a person to violate the law.

128.    None of the defendants, named and unnamed, have helped Plaintiff using reasonable due diligence to: 1) Reunite with her Children and; 2) Establish the net worth of the community estate so that she can comply with the law and obtain a legal, valid and enforceable divorce contract.

FEDERAL COMPLAINT                                                    18

129. As a result of the defendants, each and every one of them named and unnamed, by combining to engage in violating the above laws; Plaintiff was and continues to be harmed in the following ways: She has and continues to suffer from severe emotional distress needing counseling; needing medication for anti-depression and to help her sleep; and needing financial government assistance.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests judgment against defendants, each of them named and unnamed, jointly and severally, for the following:

1. General damages

2. Special damages

3. Compensatory damages

4. Combined in a sum of at least $20 Million Dollars according to proof.

5. The combined acts and/or omissions of **each defendant including DOES 1-10, inclusive;** resulted in *indivisible* injuries to Plaintiff. Each defendant including DOES 1-10, inclusive; is a joint tortfeasor and/or co-conspirator and is jointly and severally liable to Plaintiff for intentional acts and/or omissions alleged herein and directing, authorizing or ratifying the conduct of each and every other defendant.

6. For prejudgment interest of approximately Twelve Million Dollars ($12,000,000) at this current time, pursuant to but not limited to California Code of Civil Procedure (Cal. Civ. Pro. Code).

7. In contract cases, *prejudgment interest runs at the annual rate of 10 percent* unless the contract stipulates a different interest rate. Said divorce contract in Exhibit A was filed 5/7/2010 and does not stipulate a different interest rate.

8. Accordingly, two million dollars of annual interest ($2,000,000) times six (6) years since the current year is 2016 and said divorce contract was filed in 2010, equals $12 million dollars.

FEDERAL COMPLAINT

19

9.   For post judgment interest until the judgment is satisfied *at the annual rate of 10 percent added to the entire judgment* as Cal. Civ. Pro. Code mandates.

10.   For punitive damages which are warranted due to each defendant, named and unnamed, committing *intentional, deliberate and very malicious wrongdoings* which have the *character of outrage* frequently associated with crime as the law and many cases show.

11.   Accordingly, almost all courts allow punitive damages to *deter repetition* of the conduct or comparable conduct as the law and many cases show and which is reasonable too.

12.   Both Federal and California state laws authorize punitive damages for the sake of example for society and by way of punishing the defendant.

13.   One of the objectives of the United States court system is to enforce justice equally and fairly to make our world a better place for all honest, kind, compassionate and law-abiding citizens.

14.   Accordingly, the conduct of each defendant, named and unnamed, ***was committed with knowing, reckless, conscious, wonton, willful and deliberate disregard for the value of human life and the rights and safety of others including Plaintiff***, thereby entitling Plaintiff to punitive damages as to punish and deter similar conduct in the future as follows:

- For each of defendant named and unnamed, jointly and severally, $25 million dollars ($25,000,000);

- For a writ of attachment due to defendants, each of them named and unnamed, having the malicious intent to defraud plaintiff by depriving her of her legal and constitutional rights based upon their common enterprise, campaign, joint venture, and/or contract; thereby intentionally inflicting Plaintiff with severe emotional distress as reasonably expected from their *sophisticated conspiracy* to promote **The Nationwide Fraudulent Divorce and Parental Alienation Crises.**

- Interest on all damages awarded at the legal rate from May 7, 2010, the date said conspiracy began until paid.

16.  Costs of suit, and

17.  Such other and further relief as the court deems just and proper.

## VII.   DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

## VIII.   VERIFICATION

I, SARA HASSMAN, do declare and say:

1.  I am the Plaintiff herein.

2.  I have read the foregoing COMPLAINT and have read the contents thereof.

3.  The foregoing is true and correct.

I declare under the penalty of perjury under the laws of the State of California and the United States Constitution and other and state and federal laws that the foregoing is true and correct.

Executed on: 6/11/2016

Signed: _____

Sara Hassman, Plaintiff in Pro Per

FEDERAL COMPLAINT

21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# DIVORCE CONTRACT

FL-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|

**SEASTROM & SEASTROM**
A Professional Corporation
PHILIP G. SEASTROM, SBN 72583
4695 MacArthur Court, Suite 1450, Newport Beach, CA 92660
TELEPHONE NO.: (949) 474-0800     FAX NO.(Optional): (949) 474-0808
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): MARK F. HASSMAN

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

MAY 0 7 2010

ALAN CARLSON, Clerk of the Court
Y. Munguia
BY: Y. MUNGUIA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Orange
STREET ADDRESS: 341 The City Drive
MAILING ADDRESS: P.O. Box 14170
CITY AND ZIP CODE: Orange, California 92868
BRANCH NAME: Lamoreaux Justice Center

MARRIAGE OF
PETITIONER: MARK F. HASSMAN
RESPONDENT: SARA HASSMAN

| JUDGMENT | | | CASE NUMBER: |
|---|---|---|---|

☑ **DISSOLUTION**   ☐ **LEGAL SEPARATION**   ☐ **NULLITY**     09D002792
  ☐ Status only
  ☐ Reserving jurisdiction over termination of
     marital or domestic partnership status
  ☐ Judgment on reserved issues
  Date marital or domestic partnership status ends: 5/7/2010

1. ☐ This judgment ☐ contains personal conduct restraining orders ☐ modifies existing restraining orders.
   The restraining orders are contained on page(s)                 of the attachment. They expire on (date):

2. This proceeding was heard as follows: ☐ Default or uncontested ☐ By declaration under Family Code section 2336
   ☑ Contested
   a. Date: March 8, 2010           Dept.: C61              Room:
   b. Judicial officer (name): Claudia Silbar                            ☐ Temporary judge
   c. ☑ Petitioner present in court           ☑ Attorney present in court (name): Thomas M. Kenney
   d. ☑ Respondent present in court          ☑ Attorney present in court (name): Alan D. Shifman
   e. ☐ Claimant present in court (name):                              ☐ Attorney present in court (name):
   f. ☐ Other (specify name):                        4-9-09 NWP

3. The court acquired jurisdiction of the respondent on (date): ~~April 30, 2009~~
   a. ☐ The respondent was served with process.
   b. ☑ The respondent appeared.

**THE COURT ORDERS, GOOD CAUSE APPEARING**

4. a. ☑ Judgment of dissolution is entered. Marital or domestic partnership status is terminated and the parties are restored to the
         status of single persons
      (1) ☑ on (specify date): 5/7/2010
      (2) ☐ on a date to be determined on noticed motion of either party or on stipulation.
   b. ☐ Judgment of legal separation is entered.
   c. ☐ Judgment of nullity is entered. The parties are declared to be single persons on the ground of (specify):

   d. ☐ This judgment will be entered nunc pro tunc as of (date):
   e. ☐ Judgment on reserved issues.
   f. The ☐ petitioner's ☐ respondent's former name is restored (specify):
   g. ☐ Jurisdiction is reserved over all other issues, and all present orders remain in effect except as provided below.
   h. ☑ This judgment contains provisions for child support or family support. Each party must complete and file with the court a
         Child Support Case Registry Form (form FL-191) within 10 days of the date of this judgment. The parents must notify the
         court of any change in the information submitted within 10 days of the change, by filing an updated form. The Notice
         of Rights and Responsibilities-Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a
         Child Support Order (form FL-192) is attached.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-180 [Rev. January 1, 2007]



**JUDGMENT**
(Family Law)

XJS+P

Family Code, §§ 2024, 2340,
2343, 2346
www.court.info.ca.gov

2

23

FL-180

| CASE NAME (Last name, first name of each party): HASSMAN, Mark F. and Sara | CASE NUMBER: 09D002792 |
|---|---|

**4.** *(Cont'd.)*

i. ☐ A settlement agreement between the parties is attached.

j. ☑ A written stipulation for judgment between the parties is attached.

k. ☐ The children of this marriage or domestic partnership.
  (1) ☑ The children of this marriage or domestic partnership are:

| Name | Birthdate |
|---|---|
| Michael Hassman | 6/17/1993 |

  (2) ☐ Parentage is established for children of this relationship born prior to the marriage or domestic partnership.

l. ☑ Child custody and visitation are ordered as set forth in the attached
  (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
  (2) ☐ *Child Custody and Visitation Order Attachment* (form FL-341).
  (3) ☐ *Stipulation and Order for Custody and/or Visitation of Children* (form FL-355).
  (4) ☐ other *(specify):*

m. ☑ Child support is ordered as set forth in the attached
  (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
  (2) ☐ *Child Support Information and Order Attachment* (form FL-342).
  (3) ☐ *Stipulation to Establish or Modify Child Support and Order* (form FL-350).
  (4) ☐ other *(specify):*

n. ☑ Spousal or partner support is ordered as set forth in the attached
  (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
  (2) ☐ *Spousal, Partner, or Family Support Order Attachment* (form FL-343).
  (3) ☐ other *(specify):*

  NOTICE: It is the goal of this state that each party will make reasonable good faith efforts to become self-supporting as provided for in Family Code section 4320. The failure to make reasonable good faith efforts may be one of the factors considered by the court as a basis for modifying or terminating spousal or partner support.

o. ☑ Property division is ordered as set forth in the attached
  (1) ☑ settlement agreement, stipulation for judgment, or other written agreement.
  (2) ☐ *Property Order Attachment to Judgment* (form FL-345).
  (3) ☐ other *(specify):*

p. ☐ Other *(specify):*

Each attachment to this judgment is incorporated into this judgment, and the parties are ordered to comply with each attachment's provisions.

Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
JUDICIAL OFFICER
☑ SIGNATURE FOLLOWS LAST ATTACHMENT

**5.** Number of pages attached: –11–

**NOTICE**
Dissolution or legal separation may automatically cancel the rights of a spouse or domestic partner under the other spouse's or domestic partner's will, trust, retirement plan, power of attorney, pay-on-death bank account, transfer-on-death vehicle registration, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the rights of a spouse or domestic partner as beneficiary of the other spouse's or domestic partner's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports, to determine whether they should be changed or whether you should take any other actions.
A debt or obligation may be assigned to one party as part of the dissolution of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.
An earnings assignment may be issued without additional proof if child, family, partner, or spousal support is ordered.
Any party required to pay support must pay interest on overdue amounts at the "legal rate," which is currently 10 percent.

**JUDGMENT**
**(Family Law)**

3
24

order.

Respondent/Wife shall receive 21.5% of all bonuses or other compensation in excess of Petitioner/Husband's base salary of $20,000 per month.

The graduation of the minor child Michael Hassman, and his reaching 18 years old, shall be a change in circumstances for support purposes.

3.   **CHILD SUPPORT**: Child support shall be set at zero.

   a.   We agree that we are fully informed or our rights regarding child support.

   b.   We make this agreement freely without coercion or duress and the needs of our child will be adequately met.

   c.   This agreement is in the best interest of the child.

   d.   The right to support has not been assigned to any county and no application for public assistance is pending.

There is currently not an open Department of Child Support Services case.

4.   **CUSTODY/VISITATION**: The parties have one minor child, Michael Hassman. The current custodial orders shall remain in effect until further order of the court, namely Petitioner/Husband shall have sole legal and sole physical custody of the minor child. Visitation shall be at the discretion of Michael Hassman.

Pursuant to Family Code §3048, the court finds that:

   a.   This court has jurisdiction over the minor child as California is the child's home state.

   b.   The manner in which notice and opportunity to be heard was given was personal service.

   c.   Child custody and visitation rights of each party are set forth in the judgment.

   d.   The country of habitual residence of the child is U.S.A.

Any violation of the custody/visitation order may subject the party in violation to

-2-

| Petitioner: **MARK HASSMAN** | Case No. 09D002792 |
|---|---|
| Respondent: **SARA HASSMAN** | |

## STIPULATED JUDGMENT FOR DISSOLUTION OF MARRIAGE

1.     **GENERAL INFORMATION** The Parties were married on March 24, 1985.  The date of the Parties' separation was on or about November 18, 2008.

The Parties have one minor child, Michael Hassman, born June 17, 1993.

Irreconcilable differences have arisen between the Parties, and as a result the Parties have heretofore separated and ceased to live together as Husband and Wife. The Parties now agree and intend to live apart permanently.

1.2     **Agreement to Separate.**  The Parties have agreed to separate and live permanently apart.  The purpose of this Agreement is to make a final and complete settlement of rights and obligations arising out of the Parties' marriage, including their respective property rights and support rights.

1.3     **Proceedings.**  There is a proceeding for dissolution of marriage between the Parties on file in the Superior Court of the State of California, County of Orange, Case Number 09D002792.  Husband filed the Petition on March 27, 2009.  The court acquired jurisdiction over Wife on April 30, 2009.

2.     **SPOUSAL SUPPORT:**  Petitioner/Husband shall pay Respondent/Wife support in the amount of $4,300 per month, payable $2,150 on the 1st (first) day and $2,150 on the 15th (fifteenth) day of each month commencing March 15, 2010 and continuing until further order of the court, the remarriage of the payee, the death of either party, or January 15, 2011, whichever occurs first.  On January 15, 2011, spousal support shall be reduced to $4,200 per month, payable one-half on the 1st (first) day and one-half on the 15th (fifteenth) day of each month until further order of the court, the remarriage of the payee, or the death of either party, whichever occurs first.

Respondent/Wife may issue a wage assignment for spousal support under this

-1-

SEASTROM & SEASTROM
MATRIMONIAL LAWYERS

HASSMAN – 09D002792 – 3/12/10

5
26

1   Civil or criminal penalties or both.

2        Respondent shall be entitled to receive information regarding Michael from the

3   child's school. Respondent shall be allowed to attend school events of the minor child,

4   including camps, sporting events, or other public events in which the child is involved.

5

6   **5.    PROPERTY DIVISION:**

7   <u>PROPERTY TO HUSBAND</u>.  Respondent/Husband is awarded and confirmed as his

8   sole and separate property all of the following items:

9        a.  Petitioner/Husband shall be awarded the Toyota Avalon, which has been

10           sold.

11       b.  Petitioner/Husband shall be awarded his bicycle.

12       c.  Petitioner/Husband shall be charged $5,593 in the division of assets for

13           the portion of the 2008 joint tax refund that was not used for joint or

14           community expenses.

15       d.  Petitioner/Husband shall be assigned the Pennsylvania tax delinquency in

16           the amount of $1,240 and will be credited that amount in the property

17           division.

18  <u>PROPERTY TO WIFE</u>.  Petitioner/Wife is awarded and confirmed as her sole and

19  separate property all of the following items:

20       a.  Respondent/Wife shall be awarded the Toyota FJ Cruiser, which has

21           been sold.

22       b.  Respondent/Wife shall be awarded the remaining Herbalife inventory and

23           any sale proceeds therefrom.

24       c.  Respondent/Wife shall be awarded her wedding gown, the large

25           contemporary artwork that was in the hallway of the master bedroom, and

26           the black boogie board.  Respondent/Wife shall pick up these items from

27           Petitioner/Husband's work within 6 weeks from March 8, 2010, in the

28           morning.

-3-

SEASTROM&SEASTROM
MATRIMONIAL LAWYERS

HASSMAN – 09D002792 – 3/12/10

6
27

1    All other furniture or furnishings, and personal possessions have been divided

2  evenly.

3        The parties agree that they may have created an unequal division of community

4  assets but that they have done so intentionally to reduce further litigation costs.  Neither

5  party shall owe an equalization payment to the other as a result of this stipulation for

6  judgment.

7

8  6.    REIMBURSEMENTS:    Petitioner/Husband shall receive the following

9  reimbursements:

10       a.  $519 for Respondent/Wife's January 2009 auto insurance.

11       b.  $117 for the February storage payment.

12       The parties waive any rights to reimbursements or credit not otherwise provided

13  by Stipulation.

14

15  7.    RETIREMENT BENEFITS:    Respondent/Wife shall receive $3,200 in the

16  property division in exchange for her interest in Petitioner/Husbands 401(k) plan.

17

18  8.    MISCELLANEOUS:    The parties agree that no issue exists as pertaining to

19  Moote Pointe Partners, LLC, Moote Pointe X, LLC, NAMCO, the health and long term

20  care insurance, or the insurance trusts.

21

22  9.    MOOTE POINTE PARTNERS, LLC:  The parties own a 12.5% interest in Moote

23  Pointe Partners, LLC.  This asset shall be divided evenly, each party being awarded

24  6.25% of the company.

25

26  10.    METLIFE ANNUITY:  The parties agree there is no issue pertaining to the

27  MetLife annuity which was cashed in in 2008.

28

-4-

1   11.   **DEPENDENCY EXEMPTION:**   Respondent/Wife stipulates that she will not

2   claim the dependency exemption for the minor child Michael.

3   12.   **OTHER ORDERS:** On January 27, 2010, as Stipulation for Judgment was filed

4   with the court. This Stipulation is incorporated herein as though fully set forth.

5        On March 8, 2010, a Stipulation was filed with the court. That Stipulation is

6   incorporated herein as though fully set forth.

7

8   13.   **ATTORNEY'S FEES:** Each party shall pay his or her own attorney's fees and

9   costs in this matter.

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-5-

SEASTROM&SEASTROM
MATRIMONIAL LAWYERS

HASSMAN – 09D002792 – 3/12/10

8
29

| EXPEDITED PROCESSING ATTACHMENT TO DISSOLUTION OR SEPARATION JUDGMENT (Children) | CASE NUMBER: 09D002792 |

**WARNING:** The Expedited Processing Attachment is only intended to include the minimum statutory requirements at the time of entry of judgment. It is not intended to replace the stipulated judgment or other required documents.

**I.**  **DISCLOSURE (Family Code 2104, 2105)**
The parties have fully complied with the Disclosure requirements of FC 2102, 2104 and 2105

**Preliminary Declaration of Disclosures (FC 2104)**
Petitioner filed the Declaration of Service (FL-141) on:   4.01.2009           or ☒ Form Attached
Respondent filed the Declaration of Service (FL-141) on:   1.14.2010          or ☐ Form Attached

**Final Declaration of Disclosures (FC 2105)**
Petitioner filed the Declaration of Service (FL-141) on:   5.27.2009           or ☐ Form Attached
Respondent filed the Declaration of Service (FL-141) on:                       or ☒ Form Attached
Mutually Waived by:
☐ use of Stipulation and Waiver of Final Declaration of Disclosure Form (FL-144)
   ☐ Filed on:
   ☐ Form attached
☐ use of the statutory language in a separate stipulation signed under penalty of perjury
   ☐ Stipulation attached
   ☐ See page              of Judgment

**II.**  **CHILD CUSTODY/VISITATION (FC 3048)**
(1)  This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code commencing with section 3400).

(2)  The responding party was given notice and an opportunity to be heard as provided by the laws of the State of California.

(3)  The country of habitual residence of the child(ren) is:
   ☒ the United States
   ☐ Other (specify country):

(4)  If you violate this order you may be subject to civil or criminal penalties, or both.

(5)  The judgment contains a clear description of the custody and visitation rights of each party.

**III.**  **CHILD SUPPORT (FC 3901/4065)**
(1)  The parties are fully informed of their rights concerning child support.

(2)  The order is being agreed to without coercion or duress.

(3)  The agreement is in the best interests of the child(ren) involved.

Page 1 of 3

EXPEDITED PROCESSING ATTACHMENT TO
DISSOLUTION OR SEPARATION JUDGMENT (CHILDREN)

L-1300 (Rev. 10/06)

Martin Dean's
ESSENTIAL FORMS™

9
30

(4)   The needs of the child(ren) will be adequately met by the stipulated amount.

(5)   The right to support has not been assigned to the county pursuant to Section 11477 of the Welfare and Institutions Code and no public assistance application is pending.

**Please check all appropriate boxes. At least one (1) box must be checked:**

☑ **AGREED UPON CHILD SUPPORT**
☑ Father ☐ Mother shall pay to ☐ Father ☑ Mother child support of $ **ZERO**                     and
per ☐ week ☐ month, payable $                on                                 of each ☐ week ☐ month commencing
$                on
and continuing until the child for whom support is payable
marries, dies, is emancipated, until further order of the court or, as to an unmarried child who has attained the age of
18 years old, is a full-time high school student, and who is not self-supporting, until the time the child completes the
12th grade or attains the age of 19 years old, whichever first occurs.

☐ **CHILD SUPPORT IS RESERVED**

☐ **DEPARTMENT OF CHILD SUPPORT SERVICES INVOLVED**

☐ The parties currently have an open case with the Department of Child Support Services (DCSS) and
a DCSS representative has signed the proposed judgment

☐ The parties currently have an open case with DCSS, no child support orders are contained in this
judgment, and the court reserves jurisdiction over the issue of child support, health insurance coverage,
and mandatory additional child support. **If checked, skip items IV and V.**

IV.   **HEALTH INSURANCE COVERAGE (FC 3751)**
**At least one (1) box must be checked:**
☑ Health insurance coverage for the minor child(ren) must be maintained by ☑ Father ☐ Mother if that
insurance is available at no cost or at reasonable cost to the parent through their respective places of employment
or self-employment. Both parties are ordered to cooperate in the presentation, collection, and reimbursement of any
health care claims.

☐ Father ☐ Mother shall maintain the existing health insurance coverage for the minor child(ren).

☐ Health insurance is not available to ☐ Father ☐ Mother at a reasonable cost at this time. Upon health
insurance coverage at no or reasonable cost becoming available to a parent, that parent shall apply for that coverage.

V.   **MANDATORY ADDITIONAL CHILD SUPPORT (FC 4062)**
☑ Father ☑ Mother shall pay child care costs related to employment or reasonably necessary education/job
training:
☐ in the amount of $                per ☐ week ☐ month or ☐                % of total.
☑ no child care costs orders are contained in this judgment, and court reserves jurisdiction over the issue of
child care costs

☑ Father ☑ Mother shall pay the reasonable uninsured health care costs for the child(ren):
☐ in the amount of $                per ☐ week ☐ month or ☑ 50     % of total.

L-1300 (Rev. 10/06)

Martin Dean's
ESSENTIAL FORMS™

**EXPEDITED PROCESSING ATTACHMENT TO**
**DISSOLUTION OR SEPARATION JUDGMENT (CHILDREN)**

Page 2 of 3



**VI.**    **REQUIRED ATTACHMENTS (FC 4063/7600)**
The parties have attached the following form:
o       Notice of Rights and Responsibilities: Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order (Form FL-192)


**VII.**   **ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT (FC 5230)**
An Order/Notice to Withhold Income for Child Support (form FL-195) must issue. The payor of child support is responsible for the payment of support directly to the recipient until support payments are deducted from the payor's wages, and for any support not paid by the assignment.


**VIII.**  **EMPLOYER INFORMATION (FC 4014)**
The parties shall notify the other parent of the name and address of his or her current employer.


**IX.**    **SPOUSAL SUPPORT (FC 4336)**
☑ The parties had a marriage of 10 years or more, from the date of marriage to the date of separation, and spousal support has been addressed in the Marital Settlement Agreement/Stipulated Judgment.


**X.**     **MISCELLANEOUS PROVISIONS**
The Marital Settlement Agreement/Stipulated Judgment contains further orders.

All provisions are deemed incorporated into the Judgment. As to the provisions that contain a checkbox ( ▢ ), only those provisions that are checked become part of the Judgment.

If there is any express conflict between the Marital Settlement Agreement/Stipulated Judgment and this Expedited Processing Attachment, the Expedited Processing Attachment shall prevail. However, this Expedited Processing Attachment is not intended to be all inclusive. The fact that this Expedited Processing Attachment is less detailed is not a conflict. The Expedited Processing Attachment is only intended to include the minimum statutory requirements at the time of entry of judgment. It is not intended to replace the stipulated judgment or other required documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and agreed to by:

| | | See signature on attached fascimile |
|---|---|---|
| _L-n F. Ha-----_ | 3/16/2010 | |
| Petitioner | Date | Respondent | Date |
| MARK F. HASSMAN | | SARA HASSMAN |

Approved as to form and content:

| | | See signature on attached fascimile |
|---|---|---|
| _/signature/_ | 3/16/10 | |
| Attorney for Petitioner | Date | Attorney for Respondent | Date |
| THOMAS M. KENNEY, ESQ. | | ALAN D. SHIFMAN, ESQ. |

L-1300 (Rev. 10/06)

**EXPEDITED PROCESSING ATTACHMENT TO
DISSOLUTION OR SEPARATION JUDGMENT (CHILDREN)**

Page 3 of 3

Martin Dean's
ESSENTIAL FORMS™

11
32




**VI.**  **REQUIRED ATTACHMENTS (FC 4063/7600)**
The parties have attached the following form:
- Notice of Rights and Responsibilities: Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order (Form FL-192)

**VII.**  **ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT (FC 5230)**
An Order/Notice to Withhold Income for Child Support (form FL-195) must issue. The payor of child support is responsible for the payment of support directly to the recipient until support payments are deducted from the payor's wages, and for any support not paid by the assignment.

**VIII.**  **EMPLOYER INFORMATION (FC 4014)**
The parties shall notify the other parent of the name and address of his or her current employer.

**IX.**  **SPOUSAL SUPPORT (FC 4336)**
☑ The parties had a marriage of 10 years or more, from the date of marriage to the date of separation, and spousal support has been addressed in the Marital Settlement Agreement/Stipulated Judgment.

**X.**  **MISCELLANEOUS PROVISIONS**
The Marital Settlement Agreement/Stipulated Judgment contains further orders.

All provisions are deemed incorporated into the Judgment. As to the provisions that contain a checkbox ( ☐ ), only those provisions that are checked become part of the Judgment.

If there is any express conflict between the Marital Settlement Agreement/Stipulated Judgment and this Expedited Processing Attachment, the Expedited Processing Attachment shall prevail. However, this Expedited Processing Attachment is not intended to be all inclusive. The fact that this Expedited Processing Attachment is less detailed is not a conflict. The Expedited Processing Attachment is only intended to include the minimum statutory requirements at the time of entry of judgment. It is not intended to replace the stipulated judgment or other required documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and agreed to by:

See signature on attached fascimile                    See signature on attached fascimile

_____                 _____
Petitioner                          Date           Respondent                      Date
MARK F. HASSMAN                                    SARA HASSMAN

Approved as to form and content:

See signature on attached fascimile

_____                 _____
Attorney for Petitioner             Date           Attorney for Respondent         Date
THOMAS M. KENNEY, ESQ.                             ALAN D. SHIFMAN, ESQ.        3/11/10

12
33





**VI.      REQUIRED ATTACHMENTS (FC 4063/7660)**
The parties have attached the following form:

o        Notice of Rights and Responsibilities: Health Care Costs and Reimbursement Procedures and Information
          Sheet on Changing a Child Support Order (Form FL-192)

**VII.     ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT (FC 5230)**
An Order/Notice to Withhold Income for Child Support (form FL-195) must issue. The payor of child support is
responsible for the payment of support directly to the recipient until support payments are deducted from the
payor's wages, and for any support not paid by the assignment.

**VIII.    EMPLOYER INFORMATION (FC 4014)**
The parties shall notify the other parent of the name and address of his or her current employer.

**IX.     SPOUSAL SUPPORT (FC 4336)**
☑ The parties had a marriage of 10 years or more, from the date of marriage to the date of separation, and
spousal support has been addressed in the Marital Settlement Agreement/Stipulated Judgment.

**X.      MISCELLANEOUS PROVISIONS**
The Marital Settlement Agreement/Stipulated Judgment contains further orders.

All provisions are deemed incorporated into the Judgment. As to the provisions that contain a checkbox ( ☐ ),
only those provisions that are checked become part of the Judgment.

If there is any express conflict between the Marital Settlement Agreement/Stipulated Judgment and this Expedited
Processing Attachment, the Expedited Processing Attachment shall prevail. However, this Expedited Processing
Attachment is not intended to be all inclusive. The fact that this Expedited Processing Attachment is less detailed
is not a conflict. The Expedited Processing Attachment is only intended to include the minimum statutory
requirements at the time of entry of judgment. It is not intended to replace the stipulated judgment or other
required documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
correct and agreed to by:

          See signature on attached fascimile

_____          _____          _____      3-13-2010
Petitioner                                Date                   Respondent                    Date
MARK F. HASSMAN                                                  SARA HASSMAN

Approved as to form and content:

          See signature on attached fascimile                             See signature on attached fascimile

_____          _____          _____      _____
Attorney for Petitioner                   Date                   Attorney for Respondent        Date
THOMAS M. KENNEY, ESQ.                                           ALAN D. SHIFMAN, ESQ.

L-1300 (Rev. 10/09)                    EXPEDITED PROCESSING ATTACHMENT TO                         Page 3 of 3
📠 ESSENTIAL FORMS™             DISSOLUTION OR SEPARATION JUDGMENT (CHILDREN)

p. 8                                                     Mar 13 2010 12:15PM  HP LASERJET FAX        12
                                                                                                     34

1    Each undersigned Party agrees to the terms and conditions of this Agreement,

2    effective as of the date executed by both Parties.

3    I HAVE READ AND HAD EXPLAINED TO ME AND UNDERSTAND THE TERMS OF

4    THIS JUDGMENT. I CONSENT TO ITS ENTRY AND AGREE TO BE BOUND BY ITS

5    TERMS.

6

7    Dated: _____3 - 16_____, 2010                    _____

8                                                      MARK F. HASSMAN, Petitioner

9                                                      See signature on attached fascimile

10   Dated: _____, 2010                   _____

11                                                     SARA HASSMAN, Respondent

12

13   APPROVED AS TO FORM:                             SEASTROM & SEASTROM

14

15   Dated: _____3/16_____, 2010                      _____

16                                                     THOMAS M. KENNEY

17                                                     Attorney for Petitioner

18                                                     LAW OFFICES OF ALAN D. SHIFMAN

19                                                     See signature on attached fascimile

20   Dated: _____, 2010                   _____

21                                                     ALAN D. SHIFMAN
                                                       Attorney for Respondent

22

23                        IT IS SO ORDERED.

24                                                     SIGNATURE ON

25   Date: _____, 2010                     ATTACHED PAGE

26                                                     _____
                                                       JUDGE CLAUDIA SILBAR

27

28

SEASTROM & SEASTROM
MATRIMONIAL LAWYERS

-6-

STIPULATED JUDGMENT

HASSMAN – 09D002792 – 3/12/10

14
35

03/12/2010  05:32  8188791701                                                    PAGE  02

1          Each undersigned Party agrees to the terms and conditions of this Agreement,

2   effective as of the date executed by both Parties.

3   I HAVE READ AND HAD EXPLAINED TO ME AND UNDERSTAND THE TERMS OF

4   THIS JUDGMENT. I CONSENT TO ITS ENTRY AND AGREE TO BE BOUND BY ITS

5   TERMS.

6

7   Dated: _____, 2010

8                                                _____
                                                 MARK F. HASSMAN, Petitioner
9
                                                 See signature on attached fascimile
10  Dated: _____, 2010
                                                 _____
11                                               SARA HASSMAN, Respondent

12

13  APPROVED AS TO FORM:                         SEASTROM & SEASTROM

14

15  Dated: _____, 2010
                                                 _____
16                                               THOMAS M. KENNEY
                                                 Attorney for Petitioner
17

18                                               LAW OFFICES OF ALAN D. SHIFMAN

19

20  Dated: 3/12 , 2010                           _____
                                                 ALAN D. SHIFMAN
21                                               Attorney for Respondent

22

23                          IT IS SO ORDERED.

24                                               SIGNATURE ON

25  Date: _____, 2010                  ATTACHED PAGE
                                                 _____
26                                               JUDGE CLAUDIA SILBAR

27

28

                                    -8-

SEASTROM & SEASTROM
MATRIMONIAL LAWYERS
                                    STIPULATED JUDGMENT

HASSMAN – 08D002792 – 3/12/10

15
36

1        Each undersigned Party agrees to the terms and conditions of this Agreement,

2    effective as of the date executed by both Parties.

3    **I HAVE READ AND HAD EXPLAINED TO ME AND UNDERSTAND THE TERMS OF**

4    **THIS JUDGMENT.  I CONSENT TO ITS ENTRY AND AGREE TO BE BOUND BY ITS**

5    **TERMS.**

6

7    Dated: _____, 2010

8                                           MARK F. HASSMAN, Petitioner

9

10   Dated: _3-13-_____, 2010

11                                          SARA HASSMAN, Respondent

12

13   APPROVED AS TO FORM:            **SEASTROM & SEASTROM**

14

15   Dated: _____, 2010

16                                          THOMAS M. KENNEY
     Attorney for Petitioner

17

18                                         **LAW OFFICES OF ALAN D. SHIFMAN**

19                                         See signature on attached fascimile

20   Dated: _____, 2010

21                                          ALAN D. SHIFMAN
     Attorney for Respondent

22

23                 IT IS SO ORDERED.

24

25   Date: _5-7_____, 2010

26                                          JUDGE CLAUDIA SILBAR

27       Reviewed pursuant to CRC 3.1590

28

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

SARA HASSMAN

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Rabbinical Assembly of America; The Beth Tfiloh Congregation of Baltimore City; Emory University; Bank of America, National Association; Michelle Obama, First Lady

**(b)** County of Residence of First Listed Plaintiff    Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    New York
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

SARA HASSMAN, Pro Per Plaintiff
2160 S. Beverly Glen Blvd.
Los Angeles, CA 90025

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

see this information on attachment 1.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 177,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC sections 1331,1332 and 1391; Civil Conspiracy Am. Jur. sections 51-55; First, Fiifth, Ninth and Fourteenth Amendments of US Constitution. Con't on attachment 2.

*Also, 28 USC § 1983.*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV16-4188**

CV-71 (05/16)   CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?**<br><br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. ➡ | **D.2. Is there at least one answer in Column B?**<br><br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN ▼ |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 6/11/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Attachments 1 and 2 for CV-71 by Plaintiff Sara Hassman:

Attachment 1:

Requested information about Defendants from I:

1)  Rabbinical Assembly of America
    3080 Broadway # 604,
    New York, NY 10027
    (212) 280-6000

2)  The Beth Tfiloh Congregation of Baltimore City
    3300 Old Court Road
    Baltimore, Maryland 21208
    (410) 486-1900

3)  Emory University
    201 Dowman Drive,
    101 Administration Bldg,
    Atlanta, GA, 30322-1018
    (404) 727-6123

4)  Bank of America, National Association
    150 N College St,
    Charlotte NC 28255
    704-386-5000

5)  Michelle Obama, First Lady
    1600 Pennsylvania Ave NW,
    Washington, DC 20500
    (202) 456-1111

Attachment 2:

Requested information from VI.

This case involves a very sophisticated civil conspiracy to promote the Nationwide Fraudulent Divorce and Parental Alienation Crisis.