# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HASSMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>RABBINICAL ASSEMBLY OF AMERICA, et al.,<br><br>    Defendants. | Case No. CV 16-4188-DOC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that Judgment shall be entered dismissing the action with prejudice.

DATED: November 6, 2017

                *David O. Carter*
                DAVID O. CARTER
                UNITED STATES DISTRICT JUDGE