JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HASSMAN, <br><br> Plaintiff, <br><br> v. <br><br> RABBINICAL ASSEMBLY OF AMERICA, et al., <br><br> Defendants. | Case No. CV 16-4188-DOC (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 6, 2017

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE